ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST COWELL and MARGARET COWELL,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants. | No. 3:20-cv-06484-EMC<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

**IT IS SO ORDERED**. Plaintiffs' complaint in this action is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear their own costs.

Dated: May 28, 2021

By: _____
    Edward M. Chen
    United States District Judge